UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

**Berle M. Schiller**                                        5614 United States Courthouse
      JUDGE                                          Independence Mall West
                                                             Philadelphia, Pennsylvania 19106

                                                                             267-299-7620

October 1, 2002

**VIA FAX ONLY**

      Re:    *Michael I. Schwartz v. Martin D. Lingle, et al.*
                    **Docket No. 02-cv-4443**

Dear Counsel:

     Judge Schiller has rescheduled the above-referenced case for a **Rule 16 conference** for **Monday, October 7, 2002 at 8:30 A.M.** in his chambers, **Room 5614**.

                                                  Very truly yours,

                                                  Patricia A. Callahan
                                                  Deputy Clerk to
                                                  Hon. Berle M. Schiller
                                                  (267)299-7621