IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| MICHAEL I. SCHWARTZ | : | CIVIL ACTION |
| v. | : | |
| MARTIN D. LINGLE, ET AL. | : | NO. 02-CV-04443 |

ORDER

**AND NOW**, this _____ day of October, 2002, it is **ORDERED** that the management track of this case shall be changed from "STANDARD" to "ARBITRATION." The Clerk shall modify the docket accordingly.

**IT IS FURTHER ORDERED** that the Clerk is directed to schedule this case for an arbitration hearing for **Wednesday, December 18, 2002.**

BY THE COURT:

_____
Berle M. Schiller, J.