IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| MICHAEL I. SCHWARTZ | : | CIVIL ACTION |
| v. | : | |
| MARTIN D. LINGLE, et al | : | No. 02-4443 |

## NOTICE OF ARBITRATION HEARING

Please take note that the above-captioned civil action case has been scheduled for ARBITRATION at 9:30 am on December 18, 2002. **PLEASE NOTE THAT THIS ARBITRATION HEARING WILL BE HELD IN THE ROBERT N.C. NIX BUILDING, 900 MARKET ST., PHILADELPHIA, PA 19107. REPORT TO ROOM 339 FOR YOUR ROOM ASSIGNMENT.** NOTE: Arbitrators shall not participate in settlement discussions.

Michael E. Kunz
Clerk of Court

By:_____
PATRICIA A. JONES
Deputy Clerk
Phone: 267-299-7072

Date: October 8, 2002

Copies:    Pat Callahan, Courtroom Deputy to Judge Schiller
Docket Clerk - Case File

   Counsel:    Ronald Ervais, Esq.
Theodore P. Winicov, Esq.

ARB2.FRM