IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA


MICHAEL I. SCHWARTZ

                                                    :        CIVIL ACTION
                                                    :
              vs.                                   :
                                                    :        NO. 02-CV-4443
MARTIN D. LINGLE,
RONALD L. LINDENMUTH


O R D E R


       **AND NOW, TO WIT:** This 9th day of December, 2002, it having been reported that the issues between the parties in the above action have been settled and upon Order of the Court pursuant to the provisions of Rule 41.1(b) of the Local Rules of Civil Procedure of this Court (effective January 1, 1970), it is

       **ORDERED** that the above action is **DISMISSED** with prejudice, pursuant to agreement of counsel without costs.



                                   **MICHAEL E. KUNZ**, Clerk of Court


                         **BY:**_____
                                        Patricia A. Callahan
                                        Deputy Clerk to
                                        Hon. Berle M. Schiller


Civ 2 (7/95)
41(b).frm